# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 2 5 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EMIL STEPANYAN (4)

Defendant.

CASE NO. 13cr3482-BTM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:1349;18:982(a)(2);18:1028A;18:982(a)(2) - Conspiracy;

Criminal Forfeiture; Aggravated Identity Theft

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/25/2016

The Honorable Mitchell D. Dembin
United States Magistrate Judge